UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN EGER individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 1:17-cv-01437-TWP-TAB |
| vs. | )<br>) |
| PHOENIX FINANCIAL SERVICES LLC, PENDRICK CAPITAL PARTNERS II, LLC, | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 28 days.

Dated: 7/7/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email